UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE GRAY,<br><br>  Petitioner,<br><br>  v.<br><br>DEBBIE ASUNCION, Warden,<br><br>  Respondent. | Case No.: 1:21-cv-00595-DAD-JLT (HC)<br><br>ORDER CONSTRUING MOTION TO DISMISS IN PART AS MOTION TO AMEND TO NAME PROPER RESPONDENT<br><br>ORDER GRANTING MOTION TO AMEND AND DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

On July 6, 2021, Respondent filed a motion to dismiss, in which Respondent notes that Raybon Johnson is the warden of California State Prison – Los Angeles where Petitioner is incarcerated and requests the Court substitute Raybon Johnson as the Respondent. (Doc. 13 at 1, n.1.) The Court will construe this as a motion to amend to name the proper respondent and grant the motion. Because it appears Raybon Johnson is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to Raybon Johnson, Warden.

IT IS SO ORDERED.

Dated: __August 12, 2021__          _____ /s/ Jennifer L. Thurston
                                    CHIEF UNITED STATES MAGISTRATE JUDGE